413 A.2d 1132

Commonwealth v. Moore, Appellant.

Submitted September 15, 1978. Willis W. Berry, Jr., for appellant; Eric B. Henson, Assistant District Attorney, for Commonwealth, appellee.

Before CERCONE, SPAETH and LIPEZ, JJ.

Judgment of sentence affirmed.